Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone (559) 431-9710
Facsimile (559) 431-4108
E-Mail: efogderude1@yahoo.com

Attorney for Defendant, FRANCES REYNA GALVAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:16-cr-000122 DAD BAM |
| Plaintiff, | |
| vs. | WAIVER OF DEFENDANT FRANCES GALVAN'S APPEARANCE AT ALL NON-SUBSTANTIVE PRETRIAL PROCEEDINGS AND ~~PROPOSED~~ ORDER THEREON |
| FRANCES REYNA GALVAN | |
| Defendant. | |

Pursuant to Fed.R.Crim.P. 43(b)(3), Defendant FRANCES REYNA GALVAN, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that her interests shall be represented at all times by the presence of his attorney, Eric K. Fogderude, the same as if Defendant were personally present, and requests that this court allow her attorney-in-fact to represent her interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of her appearance at said time and place.

1

GOOD CAUSE APPEARING, exists for the granting of this waiver because the Defendant is in 90 day treatment at Westcare Treatment facility.

DATED: August 1, 2016                    /s/ Frances Reyna Galvan
                                         FRANCES REYNA GALVAN, Defendant


Dated: August 1, 2016                    Respectfully submitted,
                                         FLETCHER & FOGDERUDE, INC.


                                         /s/ Eric K. Fogderude
                                         ERIC K. FOGDERUDE
                                         Attorney for Defendant,
                                         FRANCES REYNA GALVAN


## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the Defendant's Frances Reyna Galvan (4) appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **August 3, 2016**            /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE