

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
NOV 03 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

United States of America )
vs. ) Case No. 1:16-CR-122-4
Frances Galvan )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Frances Galvan____, have discussed with ____Dan Stark____, Pretrial Services Officer, modifications of my release conditions as follows:

To add the following condition: You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the Pretrial Services Officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____ 10/27/2016          _____[signature]_____ 10/27/2016
Signature of Defendant   Date               Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____[signature]_____                                            11-2-16
Signature of Assistant United States Attorney                    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____[signature]_____                                            10/27/2016
Signature of Defense Counsel                                     Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___11/2/16___.
☐ The above modification of conditions of release is *not* ordered.

_____[signature]_____                                            11/2/16
Signature of Judicial Officer                                    Date

cc:   U.S. Attorney=s Office, Defense Counsel, Pretrial Services