Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone (559) 431-9710
Facsimile (559) 431-4108
E-Mail: efogderude1@yahoo.com

Attorney for Defendant, FRANCES REYNA GALVAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:16-cr-00122 DAD BAM (004) |
| Plaintiff, | STIPULATION TO MODIFY CONDITIONS OF RELEASE AND ORDER THEREON |
| vs. | |
| FRANCES REYNA GALVAN | |
| Defendant. | |

STIPULATION

It is hereby stipulated by and between the parties hereto that additional conditions of release item (7) (f) of the Order of Release dated October 27, 2016, Doc. 102, be modified to allow association and contact between Defendant Frances Galvan and her son, Defendant Gabriel Galvan, on the condition that the facts of the present case are not discussed, with all other conditions not in conflict to remain in full force and effect.

The parties stipulate and agree that the Addition of Conditions of Release item (7) (f) of the October 26, 2016 Order be modified to read as follows:

  (f) Not associate or have any contact with any co-defendant unless in the presence of counsel or otherwise approved in advance by the PSO, with the exception that Defendant Frances Galvan may associate and have contact with her son, Defendant Gabriel Galvan, on the condition that the facts of this case are not discussed.

ALL PREVIOUSLY ORDERED CONDITIONS OF RELEASE NOT IN CONFLICT TO REMAIN IN FULL FORCE AND EFFECT.

  Good cause exists for this modification because the defendant has been on conditions of release since October 2016, during which time her supervising pretrial service officer has described her performance as good; all parties believe the modification sufficiently protects the interest of all parties and her pretrial supervisor is not opposed to this modification.

IT IS SO STIPULATED.

Dated: December 15, 2016      Respectfully submitted,
                 FLETCHER & FOGDERUDE, INC.

                 /s/ Eric K. Fogderude
                 ERIC K. FOGDERUDE
                 Attorney for Defendant,
                 FRANCES REYNA GALVAN

Dated: December 15, 2016      UNITED STATES ATTORNEY

                 /s/ Melanie L. Alsworth
                 MELANIE L. ALSWORTH
                 Assistant United States Attorney

///

///

///

///

///

<u>ORDER</u>

IT IS SO ORDERED that the release Order dated October 27, 2016 be modified as to Additional Conditions of Release item (7)(f) to read as follows:

(f)   Not associate or have any contact with any co-defendant unless in the presence of counsel or otherwise approved in advance by the PSO, with the exception that Defendant Frances Galvan may associate and have contact with her son, Defendant Gabriel Galvan, on the condition that the facts of this case are not discussed.

ALL PREVIOUSLY ORDERED CONDITIONS OF RELEASE NOT IN CONFLICT TO REMAIN IN FULL FORCE AND EFFECT.

IT IS SO ORDERED.

Dated:   **December 21, 2016**              /s/ Barbara A. McAuliffe
                                                                    UNITED STATES MAGISTRATE JUDGE