Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone: 559-431-9710
Attorney for Defendant,   FRANCES REYNA GALVAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>FRANCES REYNA GALVAN,<br><br>                              Defendant. | No.  1:16-cr-000122 DAD BAM<br><br>**FIRST AMENDED STIPULATION TO MODIFY CONDITIONS OF RELEASE AND ORDER THEREON** |

STIPULATION

It is hereby stipulated by and between the parties hereto that additional conditions of release item (7)(h) of the Order of Release dated October 27, 2016, Doc. 102, be modified from home detention to curfew, with all other conditions not in conflict to remain in full force and effect.  Pretrial Services does not object to the proposed Stipulation.

The parties stipulate and agree that the Addition of Conditions of Release item (7) (h) of the October 26, 2016, Order be modified to read as follows:

(h) You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you

by the Pretrial Services Agency and employees of the monitoring company.  You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; CURFEW: You must remain inside your residence every day from 9:00 p.m. to 6:00 a.m. or as adjusted by the pretrial services officer for medical, religious services, employment or court ordered obligations.

ALL PREVIOUSLY ORDERED CONDITIONS OF RELEASE NOT IN CONFLICT TO REMAIN IN FULL FORCE AND EFFECT.

Good cause exists for this modification because the defendant has been on conditions of release since October 2016, during which time her supervising pretrial service officer has described her performance as stable, cooperative, participating in treatment and testing clean; all parties and her pretrial supervisor is not opposed to this modification.

IT IS SO STIPULATED.

Dated: February 16, 2017                     FLETCHER & FOGDERUDE, INC


                                              /s/ Eric  K Fogderude
                                             ERIC K  FOGDERUDE, Attorney for Defendant
                                             FRANCES REYNA GALVAN



Dated: February 16, 2017                     UNITED STATES ATTORNEY


                                              /s/ Melanie Alsworth
                                             MELANIE ALSWORTH, Assistant US Attorney

## ORDER

IT IS SO ORDERED that the release Order dated October 27, 2016 be modified as to Additional Conditions of Release item (7)(h) to read as follows:

(h) You must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; CURFEW: You must remain inside your residence every day from 9:00 p.m. to 6:00 a.m. or as adjusted by the pretrial services officer for medical, religious services, employment or court ordered obligations.

ALL PREVIOUSLY ORDERED CONDITIONS OF RELEASE NOT IN CONFLICT TO REMAIN IN FULL FORCE AND EFFECT.

IT IS SO ORDERED.

Dated: **February 24, 2017**

_____
UNITED STATES MAGISTRATE JUDGE