Eric K. Fogderude  # 070860
FLETCHER & FOGDERUDE, INC.
5412 N Palm Ave # 101
Fresno, CA   93704
Telephone: 559-431-9710
Attorney for Defendant,   FRANCES REYNA GALVAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>    v.<br><br>FRANCES REYNA GALVAN,<br><br>                        Defendant. | No.  1:16-cr-000122 DAD BAM<br><br>**SECOND AMENDED STIPULATION TO MODIFY CONDITIONS OF RELEASE AND ORDER THEREON** |

STIPULATION

It is hereby stipulated by and between the parties hereto that additional conditions of release item (7)(h) of the Order of Release dated February 24, 2017, Doc. 119, be modified  to vacate the conditions pertaining to curfew and location monitoring, with all other conditions not in conflict to remain in full force and effect.  Pretrial Services does not object to the proposed Stipulation.

The parties stipulate and agree that the Addition of Conditions of Release item (7) (h) of the February 24, 2017, Order be modified to read as follows:

(h)  The condition of release item (7) (h) pertaining to curfew and location monitoring be vacated.

1

ALL PREVIOUSLY ORDERED CONDITIONS OF RELEASE NOT IN CONFLICT TO REMAIN IN FULL FORCE AND EFFECT.

Good cause exists for this modification because the defendant has been on conditions of release since October 2016, during which time her supervising pretrial service officer has described her performance as stable, cooperative, participating in treatment and testing clean; all parties and her pretrial supervisor is not opposed to this modification.

IT IS SO STIPULATED.

Dated: August 2, 2017          FLETCHER & FOGDERUDE, INC


                               /s/ Eric K Fogderude
                               ERIC K FOGDERUDE, Attorney for Defendant
                               FRANCES REYNA GALVAN


Dated: August 2, 2017          UNITED STATES ATTORNEY

                               /s/ Kimberly Sanchez
                               KIMBERLY SANCHEZ, Assistant US Attorney


## ORDER

IT IS SO ORDERED that the release Order dated February 24, 2017 be modified as to Additional Conditions of Release item (7)(h) to read as follows:

(h)   The condition of release item (7) (h) pertaining to curfew and location monitoring be vacated.

ALL PREVIOUSLY ORDERED CONDITIONS OF RELEASE NOT IN CONFLICT TO REMAIN IN FULL FORCE AND EFFECT.
IT IS SO ORDERED.

Dated:   **August 3, 2017**            /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE