UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANCES GALVAN,<br><br>    Defendant. | Case No. 1:16-cr-00122-DAD-BAM-4<br><br><br><br>SEALING ORDER |

The court has reviewed and considered defense counsel's request for an order sealing documents submitted in this case. (Doc. No.187.) Good cause appearing, the motion to withdraw as attorney of record, declaration of attorney Eric K. Fogderude in support thereof and the accompanying documents shall be filed under seal until further order of the court.

IT IS SO ORDERED.

Dated: __**October 30, 2017**__                   _/s/ Dale A. Drozd_
                                                         UNITED STATES DISTRICT JUDGE