UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCES GALVAN,<br><br>Defendant. | Case No. 1:16-cr-00122-DAD-BAM-4<br><br>ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND TO APPOINT NEW COUNSEL |

The court has reviewed and considered defense counsel's motion to withdraw as attorney of record, declaration in support thereof and accompanying documents which have been filed with the court under seal. Good cause appearing, attorney Eric K. Fogderude, counsel of record on behalf of defendant Frances Galvan is hereby relieved. The Office of the Federal Defender is directed to identify new Criminal Justice Act counsel to appoint on behalf of defendant Frances Galvan.

IT IS SO ORDERED.

Dated: **October 30, 2017**

_____
UNITED STATES DISTRICT JUDGE

1