UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff-Respondent,<br><br>v.<br><br>FRANCES GALVAN,<br><br>Defendant-Movant. | No. 1:16-cr-00122-DAD-BAM-4<br><br>ORDER SETTING BRIEFING SCHEDULING AND DIRECTING GOVERNMENT TO RESPOND |

Defendant-Movant Frances Galvan filed a motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. (Doc. No. 338.) The court has screened the motion pursuant to Rule 4 of the Rules Governing Section 2254 and Section 2255 Cases and has concluded that the government should be ordered to respond to the motion. Accordingly, within forty-five (45) days of electronic service of this order, the government shall file and serve a response to the pending § 2255 motion. Any reply by Defendant-Movant shall be filed within thirty (30) days of the filing and service of the government's response.

IT IS SO ORDERED.

Dated: **April 2, 2019**

_____
UNITED STATES DISTRICT JUDGE

1